# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Levi A. Lord

v.

Case Number:

(Full name of defendant(s))

Sergeant Beam

CO II Pass

CO II Stoffel

CO II O'Neal

(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at (State) 200 Madison Street Waupun, WI 53963
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant Beam, Pass, Stoffel and O'Neal
(Name)

Complaint – 1

Case 2:18-cv-00351-JPS   Filed 03/06/18   Page 1 of 6   Document 1

is (if a person or private corporation) a citizen of ___Wisconsin___
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)
worked for ___Waupun Correctional Institution 700 Madison Street Waupun, WI 53963___
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Plaintiff has been incarcerated since June 2013. Plaintiff suffers from mental illnesses and has been diagnosed with unspecified depressive disorder. He is currently prescribed Sertraline by the psychiatrist at Waupun Correctional Institution (WCI). This action raises Eighth amendement claims against prison staff for failure to protect the plaintff once they were notified of his intent to comitt self-harm and failure to prevent the resulting self-harm.

Claim 1 failure to protect

① On December 10, 2017, the plaintiff was housed in cell B-202 while in diciplinary status. At approximatly 8:40 AM

Complaint – 2

The plaintiff stopped Sergeant Beam at his cell door, informed him that the plaintiff had a razor and was going to harm his self. Sergeant Beam walked away from plaintiff cell door. Plantiff then notified CO II Pass, and CO II Stoffel that he had a razor and was going to harm his self at that point both staff walked away from plantiff door. AT 9:10 PM plantiff talked to CO II O'Neal about having a razor CO II O'Neal could not come to plantiff door For he had to watch the cleaning of the shower area. AT 9:15 AM plantiff pressed in cell intercom NO one answer. AT 9:20 AM plantiff cut self. AT 10:00 AM CO II O'Neal came to plantiff door and seen plantiff cutting arm with razor. Plantiff was taken to the health service for injures Non-life threatening. plantiff was placed in Clinical Observation. Approximately 6:00pm the plantiff was seen by Doctor Von Buren via cell-front. Doctor Von Buren made a professional decision to put plantiff on 15 minute watch list. Dr. VonBuren returned the following day, December 11, 2017, and allowed him to be returned to previous Stats of "DS" 1.

(2) Beam, CO II Pass, Stoffel and O'Neal acted in

delibrate indiffrence to the plantiff's serious medical need in violation of the Eighth amendment of the United States constitution, causing mental anguish, physical scarring, pain and suffering and cruel and unusual punishment.

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

① Compensatory damages in the amount deemed appropriate by the court.

② Punitive damages in the amount of $5,000 against each defendant, joint and severed.

③ All other expenses pertaining to this action" copies, postage, ect etc.

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☑ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this \_\_6th\_\_ day of \_\_March\_\_ 20\_18\_.

Respectfully Submitted,

_____
Signature of Plaintiff

\_\_491693\_\_
Plaintiff's Prisoner ID Number

Waupun Correctional Institution
PO Box 351, Waupun, WI 53963
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.